JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD LEE BOUSMAN, | ) | No. ED CV 10-01300-ODW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: September 13, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE